MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREA NAKAGAWA, | ) | CASE NO. C06-02066 SI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION & PROPOSED ORDER RE: STAY** |
| vs. | ) | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

WHEREAS Plaintiff filed the instant action when she did in order to avoid the running of her federal right-to-sue letter; and,

WHEREAS Plaintiff's University grievance based on some of the same facts as alleged herein is presently ongoing, with hearing dates presently scheduled through May 2006; and,

WHEREAS the outcome of Plaintiff's University grievance may give rise to legal issues of administrative exhaustion, judicial exhaustion, res judicata and collateral estoppel, or may remedy some or all of the harm claimed herein;

THEREFORE, the parties, by and through their attorneys, hereby stipulate and agree that the instant action should be stayed until Plaintiff's University grievance is completed, and at least until the date set for the Initial Case Management Conference, July 21, 2006, absent completion of the grievance or until either side provides the other 30 days notice that it wishes to withdraw from this stipulation and return the cause to the active calendar.

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated:    March 23, 2006                    LAW OFFICES OF NEVIN & ABSALOM


                                            By:   /s/   Kenneth C. Absalom
                                            Kenneth C. Absalom
                                            Attorneys for Plaintiff
                                            ANDREA NAKAGAWA

Dated:    March 23, 2006                    GORDON & REES, LLP


                                            By:   /s/  Michael A. Laurenson
                                            Michael A. Laurenson
                                            Attorneys for Defendants
                                            THE REGENTS OF THE UNIVERSITY OF
                                            CALIFORNIA


        Based on the foregoing stipulation of the parties and good cause appearing therefore, IT

IS HEREBY ORDERED that the instant case is STAYED until the Initial Case Management

Conference, July 21, 2006, or until further order of this court.


_____          _____
        Dated                            United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR\1037518\977503.1