MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA,<br><br>              Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>              Defendants. | CASE NO. C06-02066 SI<br><br>**STIPULATION & ORDER RE: FURTHER STAY OF ACTION** |

WHEREAS Plaintiff is the former Executive Director of Administration and Finance and Vice President of the UC Berkeley Foundation at defendant's UC Berkeley campus. She was terminated in September 2003 for alleged performance deficiencies. She alleges that her termination was discriminatory based on her age (over 40), race (Asian) and gender (female); and,

-1-
Stip. & Order re: Further Stay – Case No. C06-02066 SI

WHEREAS This action was originally filed in Alameda Superior Court, and was timely removed by defendant to this Court on March 20, 2006, based on federal question jurisdiction. On March 24, 2006, this Court, at the request of the parties, stayed the action based on the pendency of plaintiff's University grievance concerning her termination; and,

WHEREAS Plaintiff's University grievance is still pending. While the parties have completed the presentation of live testimony, briefs must still be submitted, the hearing officer must issue a report, and the appropriate University official must make his/her determination based thereon. No schedule has been set yet for these events; and,

WHEREAS the outcome of plaintiff's University grievance may give rise to legal issues of administrative exhaustion, judicial exhaustion, res judicata and collateral estoppel, or may remedy some or all of the harm claimed herein;

THEREFORE, the parties, by and through their attorneys, hereby stipulate and agree that the stay and the Case Management Conference be continued until September 22, 2006.

Dated: July 17, 2006　　　　　　　　　　LAW OFFICES OF NEVIN & ABSALOM

By: /s/ Kenneth C. Absalom
Kenneth C. Absalom
Attorneys for Plaintiff
ANDREA NAKAGAWA

Dated: July 17, 2006　　　　　　　　　　GORDON & REES, LLP

By: /s/ Michael A. Laurenson
Michael A. Laurenson
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Based on the foregoing stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the stay of this action and the Initial Case Management Conference are continued until September 22, 2006.

_____  _____
Dated                                      United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1037518/1035444v.1

-3-
STIP. & ORDER RE: FURTHER STAY – CASE NO. C06-02066 SI