MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO. C06-02066 SI<br><br>**STIPULATION & ORDER RE: FURTHER STAY OF ACTION** |

WHEREAS, on March 24, 2006, this Court, at the request of the parties, stayed this employment discrimination action based on the pendency of plaintiff's internal University grievance concerning her termination; and,

WHEREAS plaintiff's University grievance is still pending. The hearing has been completed. The hearing officer must now issue a report, and the appropriate University official must make his/her determination based thereon; and,

-1-
STIP. & ORDER RE: FURTHER STAY – CASE NO. C06-02066 SI

WHEREAS the outcome of plaintiff's University grievance may give rise to legal issues of administrative exhaustion, judicial exhaustion, res judicata and collateral estoppel, or may remedy some or all of the harm claimed herein;

THEREFORE, the parties, by and through their attorneys, hereby stipulate and agree that the stay and the Case Management Conference be continued until November 17, 2006.

Dated: September 18, 2006　　　　　　LAW OFFICES OF NEVIN & ABSALOM

By: /s/ Kenneth C. Absalom
Kenneth C. Absalom
Attorneys for Plaintiff
ANDREA NAKAGAWA

Dated: September 18, 2006　　　　　　GORDON & REES, LLP

By: /s/ Michael A. Laurenson
Michael A. Laurenson
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Based on the foregoing stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the stay of this action and the Initial Case Management Conference are continued until November 17, 2006.

_____  _____
Dated                                                    United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1037518/1069272v.1

-3-
STIP. & ORDER RE: FURTHER STAY – CASE NO. C06-02066 SI