MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREA NAKAGAWA, | ) CASE NO. C06-02066 SI |
|---|---|
| Plaintiff, | ) **STIPULATION & ORDER RE:** |
| vs. | ) **FURTHER STAY OF ACTION** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | ) |
| Defendants. | ) |

WHEREAS, on March 24, 2006, this Court, at the request of the parties, stayed this employment discrimination action based on the pendency of plaintiff's internal University grievance concerning her termination; and,

WHEREAS plaintiff's University grievance is still pending. The parties anticipate that the hearing officer will issue a decision in December 2006.

-1-
STIP. & ORDER RE: FURTHER STAY – CASE NO. C06-02066 SI

1  WHEREAS the outcome of plaintiff's University grievance may give rise to legal issues
2  of administrative exhaustion, judicial exhaustion, res judicata and collateral estoppel, or may
3  remedy some or all of the harm claimed herein;
4  WHEREAS the parties anticipate that no further continuances will be necessary.
5  THEREFORE, the parties, by and through their attorneys, hereby stipulate and agree that
6  the stay and the Case Management Conference be continued until February 16, 2007.

7  Dated:	November 14, 2006	LAW OFFICES OF NEVIN & ABSALOM

9  	By:	/s/ Kenneth C. Absalom
10 		Kenneth C. Absalom
		Attorneys for Plaintiff
		ANDREA NAKAGAWA

12 Dated:	November 14, 2006	GORDON & REES, LLP

14 	By:	/s/ Michael A. Laurenson
15 		Michael A. Laurenson
		Attorneys for Defendants
16 		THE REGENTS OF THE UNIVERSITY OF
		CALIFORNIA

-2-
STIP. & ORDER RE: FURTHER STAY – CASE NO. C06-02066 SI

1  Based on the foregoing stipulation of the parties and good cause appearing therefore, IT
2  IS HEREBY ORDERED that the stay of this action and the Initial Case Management Conference
3  are continued until February 16, 2007.

_____    _____
Dated                                United States District Court Judge

-3-
STIP. & ORDER RE: FURTHER STAY – CASE NO. C06-02066 SI