MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA,<br><br>   Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>   Defendants. | CASE NO. C06-02066 SI<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: February 23, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Susan Illston |

The parties to the above-entitled action hereby stipulate and request the Court to approve an extension of time for filing of the Joint Case Management Statement and for a continuance of the Case Management Conference currently set for February 23, 2007, until March 9, 2007.

This request was made by Plaintiff based on the unavailability of Plaintiff's counsel, Kenneth C. Absalom, due to urgent personal matters.

-1-
STIP. RE CMC – CASE NO. C06-02066 SI

1    IT IS SO STIPULATED.

2

3   Dated:     February 22, 2007                    LAW OFFICES OF NEVIN & ABSALOM

4

5                                                   By:   /s/  Kenneth C. Absalom
                                                    Kenneth C. Absalom
6                                                   Attorneys for Plaintiff
                                                    ANDREA NAKAGAWA
7

8   Dated:     February 22, 2007                    GORDON & REES, LLP

9

10                                                  By:   /s/  Michael A. Laurenson
                                                    Michael A. Laurenson
11                                                  Attorneys for Defendants
                                                    THE REGENTS OF THE UNIVERSITY OF
12                                                  CALIFORNIA

13

14
                                             **ORDER**
15
                                           **(PROPOSED)**
16

17

18      Based on the stipulation of the parties and good cause appearing therefore, it is hereby

19   ordered that the Joint Case Management Statement will be filed in accordance with the Court's

20   Standing Order in advance of the Case Management Conference, which is continued from

21   February 23, 2007, until March 9, 2007.

22      IT IS SO ORDERED.

23   Dated:

24
                                             _____
25                                           UNITED STATES DISTRICT JUDGE

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111