IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA,<br><br>   Plaintiff,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>   Defendant.<br>_____/ | No. C 06-02066 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 13, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 14, 2007.

DESIGNATION OF EXPERTS: 10/19/07; REBUTTAL: 11/2/07.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 14, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by January 11, 2008;

   Opp. Due January 25, 2008; Reply Due February 1, 2008;

    and set for hearing no later than February 15, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 25, 2008 at 3:30 PM.

JURY TRIAL DATE: APRIL 7, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement. The settlement conference shall occur by the end of June 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/13/05

_Susan Illston_
SUSAN ILLSTON
United States District Judge