MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA NAKAGAWA, | ) | CASE NO. C06-02066 SI |
| Plaintiff, | ) ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER REQUESTING VOLUNTARY** |
| vs. | ) | **DISMISSAL OF PLAINTIFF'S CLAIMS** |
| | ) | **FOR VIOLATION OF CALIFORNIA** |
| THE REGENTS OF THE UNIVERSITY OF | ) | **FAIR EMPLOYMENT AND HOUSING** |
| CALIFORNIA, et al., | ) | **ACT (FEHA), CAL. GOV'T CODE** |
| | ) | **SECTION 12940 ET SEQ. AND FOR** |
| Defendants. | ) | **WRONGFUL DISCHARGE IN** |
| | ) | **VIOLATION OF PUBLIC POLICY** |
| | ) | |

The parties to the above-entitled action hereby stipulate and request the Court to approve

Plaintiff's voluntary dismissal of her claims for violation of the California Fair Employment and

Housing Act (FEHA), Cal.Gov't C. Section 12940 et. seq. The parties agree that First Cause of

Action for Age Discrimination, Second Cause of Action for Gender Discrimination, and Third

Cause of Action for Race Discrimination will be dismissed without prejudice and Plaintiff will

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-

not pursue these claims. In addition, Plaintiff agrees to dismiss her Seventh Cause of Action for

Wrongful Discharge in Violation of Public Policy without prejudice and will not pursue said

claim.

       IT IS SO STIPULATED.


Dated:    April 11, 2007             LAW OFFICES OF NEVIN & ABSALOM


                                     By:   /s/  Kenneth C. Absalom
                                     Kenneth C. Absalom
                                     Attorneys for Plaintiff
                                     ANDREA NAKAGAWA


Dated:    April 11, 2007             GORDON & REES, LLP


                                     By:   /s/  Michael A. Laurenson
                                     Michael A. Laurenson
                                     Attorneys for Defendants
                                     THE REGENTS OF THE UNIVERSITY OF
                                     CALIFORNIA


## ORDER

## (PROPOSED)

      Based on the stipulation of the parties and good cause appearing therefore, it is hereby

ordered that Plaintiff's First, Second and Third Causes of Action for violation of the California

Fair Employment and Housing Act (FEHA), Cal.Gov't C. Section 12940, et seq., and Seventh

Cause of Action for Wrongful Discharge in Violation of Public Policy will be voluntarily

dismissed without prejudice.

      IT IS SO ORDERED.

Dated:

                             JUDGE OF THE UNITED STATES DISTRICT

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1037518/1155101v.1