MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ANDREA NAKAGAWA, | CASE NO. C06-02066 SI |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANT DONALD C. MC QUADE** |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANT DONALD C. MCQUADE – CASE NO. C06-02066 SI

The parties to the above-entitled action hereby stipulate and request the Court to approve Plaintiff's voluntary dismissal without prejudice of Defendant Donald C. McQuade in his individual capacity.

IT IS SO STIPULATED.

Dated: May 14, 2007　　　　　　　　　　　LAW OFFICES OF NEVIN & ABSALOM

By: /s/ Kenneth C. Absalom
Kenneth C. Absalom
Attorneys for Plaintiff
ANDREA NAKAGAWA

Dated: May 14, 2007　　　　　　　　　　　GORDON & REES, LLP

By: /s/ Mark S. Posard
Mark S. Posard
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

### [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefore, it is hereby Ordered that Defendant Donald C. McQuade, in his individual capacity, is hereby dismissed without prejudice.

IT IS SO ORDERED.

Date: _____
JUDGE OF THE UNITED STATES DISTRICT COURT

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1037518/1212950v.1

-2-
STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANT DONALD C. MCQUADE – CASE NO. C06-02066 SI