MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA, | CASE NO. C06-02066 SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM JULY 13, 2007 TO JULY 27, 2007** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE – CASE NO. C06-02066 SI

Based upon the unavailability of trial counsel for both plaintiff and defendant on July 13, 2007, the parties to the above-entitled action hereby stipulate and request the Court to continue the July 13, 2007 Case Management Conference to July 27, 2007 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: July 5, 2007　　　　　　　　　　　LAW OFFICES OF NEVIN & ABSALOM

By: /s/ Kenneth C. Absalom
Kenneth C. Absalom
Attorneys for Plaintiff
ANDREA NAKAGAWA

Dated: July 5, 2007　　　　　　　　　　　GORDON & REES, LLP

By: /s/ Mark S. Posard
Mark S. Posard
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

### [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefore, it is hereby Ordered the July 13, 2007 Case Management Conference is continued until July 27, 2007.

IT IS SO ORDERED.

Date: _____
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-
STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE – CASE NO. C06-02066 SI