MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO. C06-02066 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME FOR DISCOVERY AND MODIFICATION OF PRETRIAL PREPARATION ORDER** |

The parties to the above-captioned action, pursuant to Local Rule 6-2(a), hereby request the Court to continue the dates set forth in the Court's Pre-trial Preparation Order filed on March 14, 2007, pursuant to the parties' stipulation, as set forth below.

| Event | Current Date | Continued Date |
|---|---|---|
| Jury Trial Date | April 7, 2008 | October 8, 2008 |
| Non - Expert Cutoff | December 14, 2007 | June 13, 2008 |
| Designation of Experts | October 19, 2007 | April 18, 2008 |
| Designation of Rebuttal Experts | November 2, 2007 | May 2, 2008 |
| Expert Discovery Cutoff | December 14, 2007 | June 13, 2008 |
| Dispositive Motions Filed | January 11, 2008 | July 11, 2008 |

-1-

STIP & ORDER TO AMEND PRETRIAL ORDER – CASE NO. C06-02066 SI

| | | |
|---|---|---|
| Opposition to Motions Due | January 25, 2008 | July 25, 2008 |
| Reply to Motions Due | February 1, 2008 | August 1, 2008 |
| Dispositive Motion Hearing Date | February 15, 2008 | August 15, 2008 |
| Pre-trial Conference Date | March 25, 2008 | September 25, 2008 |

In support of the foregoing Stipulation, the parties through their undersigned counsel, declare as follows:

1. Defendant originally removed this action to Federal Court on March 20, 2006. Over the course of the next year, the action was repeatedly stayed by mutual agreement of the parties while plaintiff pursued her internal remedies. On March 9, 2007, an Initial Case Management Conference was held before the Court and a Pretrial Preparation Order was adopted, setting the trial schedule summarized above. On April 19, 2007, Defendants filed their Answer to the First Amended Complaint. This is the first request that the parties have made to alter or extend the Scheduling Order in this matter.

2. The parties have exchanged written discovery. Not all documents requested by Plaintiff have been produced and Defendant is still attempting to obtain the remaining documents requested by Plaintiff. Plaintiff intends to begin noticing depositions within the next month and anticipates the necessity for further depositions when all written discovery has been completed. Counsel are currently engaged in meeting and conferring in an effort to resolve discovery issues. Counsel agree that the necessary discovery cannot be completed within the current time schedule.

3. Counsel therefore agree that it remains desirable and necessary to extend the time by six months for the completion of discovery, including depositions. In order to complete all remaining pre-trial matters within a reasonable and equitable time schedule, counsel propose to extend all dates in the Scheduling Order, including the discovery cut off dates, the date for hearing dispositive motions, and the trial date in accordance with the schedule proposed above.

For the foregoing reasons, the parties hereto, by and through their undersigned counsel, declare, under penalty of perjury, that the foregoing statements are true and correct, and request the Court to continue the trial date and other schedules as set forth above.

IT IS SO STIPULATED.

Dated: October 9, 2007     LAW OFFICES OF NEVIN & ABSALOM

By: /s/ Edward J. Nevin
Edward J. Nevin
Attorneys for Plaintiff
ANDREA NAKAGAWA

Dated: October 9, 2007     GORDON & REES, LLP

By: /s/ Michael A. Laurenson
Michael A. Laurenson
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

### [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefore, it is hereby Ordered that the Pretrial Preparation Order is modified as follows:

| Event | New Date | |
|---|---|---|
| Jury Trial Date | ~~October 8, 2008~~ | October 14, 2008 |
| Non - Expert Cutoff | June 13, 2008 | |
| Designation of Experts | April 18, 2008 | |
| Designation of Rebuttal Experts | May 2, 2008 | |
| Expert Discovery Cutoff | June 13, 2008 | |
| Dispositive Motions Filed | July 11, 2008 | |
| Opposition to Motions Due | July 25, 2008 | |
| Reply to Motions Due | August 1, 2008 | |
| Dispositive Motion Hearing Date | ~~August 15, 2008~~ | August 23, 2008 |
| Pre-trial Conference Date | ~~September 25, 2008~~ | September 23, 2008 |

IT IS SO ORDERED.

Date: _____
JUDGE OF THE UNITED STATES DISTRICT COURT

-3-
STIP & ORDER TO AMEND PRETRIAL ORDER – CASE NO. C06-02066 SI