MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

EDWARD J. NEVIN (SBN: 41226)
KENNETH C. ABSALOM (SBN: 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA, | CASE NO. C06-02066 SI |
| Plaintiff, | **FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | Date: November 16, 2007 |
| | Time: 2:30 p.m. |
| Defendants. | Place: Courtroom 10, 19th Floor |
| | Judge: Susan Illston |

The parties continue to engage in discovery. In light of the Court's recent order continuing the trial date and related deadlines, the parties request that this case management conference also be continued until April 2008.

-1-
FURTHER JOINT CMC STMT. – CASE NO. C06-02066 SI

| | | |
|---|---|---|
| Dated: | November 7, 2007 | LAW OFFICES OF NEVIN & ABSALOM |

By: /s/ Edward J. Nevin
Edward J. Nevin
Attorneys for Plaintiff
ANDREA NAKAGAWA

| | | |
|---|---|---|
| Dated: | November 7, 2007 | GORDON & REES, LLP |

By: /s/ Michael A. Laurenson
Michael A. Laurenson
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

The case management conference has been continued to Friday, April 4, 2008, at 2:00 p.m.



IT IS SO ORDERED
Judge Susan Illston

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1037518/5201752v.1