EDWARD J. NEVIN, Esq. (SBN 041226)
KENNETH C. ABSALOM, Esq. (SBN 114607)
USHA VISWANATHAN (SBN 188977)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
ANDREA NAKAGAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA, | Case No. C06-02066 SI |
| Plaintiff, | **STIPULATION FOR ENLARGEMENT OF TIME FOR COMPLETION OF DISCOVERY** |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

**TO THE HONORABLE COURT:**

The parties to the above-captioned action, pursuant to Local Rule 6-2(a) hereby request the Court to extend the date for discovery cut-off, currently set for June 13, 2008 as established in the Court's Pre-trial Preparation Order filed on October 9, 2007, pursuant to the parties' stipulation as described below.

**STIPULATION AND DECLARATION IN SUPPORT THEREOF
TO ENLARGE THE TIME FOR COMPLETION OF DISCOVERY**

_____The parties to the above-captioned action, by and through their undersigned counsel of record, hereby stipulate and agree to extend the date for discovery cutoff currently set for June 13,

---

Case No. C06-02066 SI
Nakagawa v. UC Regents
Stipulation to Extend Discovery Cutoff

1 | 2008 by 30 days to July 13, 2008.

2 |     In support of the foregoing Stipulation, the parties through their undersigned counsel,
3 | declare as follows:

4 |     1.    On October 9, 2007, this Court granted a modification to the Pre-Trial Preparation
5 | Order, establishing June 13, 2008 as the discovery cutoff date for both expert and non-expert
6 | discovery requests.

7 |     2.    On March 20, 2008, Plaintiff filed a Motion to Compel Production of Personnel
8 | Files in this case. The Court responded to Plaintiff's Motion on April 22, 2008, partially
9 | granting Plaintiff's request for personnel files. Defendants, as a result, have had thirty (30) days
10 | to submit these personnel files. Plaintiff expects to receive these personnel files very shortly.

11 |     3.    Plaintiff anticipates propounding additional discovery requests upon
12 | review of these personnel files. Pursuant to Federal Rules of Civil Procedure, Rule 33(b)(2) and
13 | Rule 34(b)(2)(A), parties have thirty (30) days to respond to discovery requests propounded to
14 | them. The current date set for discovery cutoff on June 13, 2008 will not provide Defendants
15 | with the requisite thirty days (30) to respond to these anticipated discovery requests. Therefore,
16 | Plaintiff will require additional time in discovery to submit these discovery requests and obtain
17 | responses from Defendant to these discovery requests.

18 |     4.    Further, the parties are currently in the process of "meeting and conferring" on
19 | other discovery issues and scheduling depositions during this month. Also, Plaintiff's Counsels
20 | will be at trial during much of the month of June on a complex litigation matter in another case
21 | and will be preparing for the trial during the month of May. The additional 30 days of discovery
22 | will help ease the burden of scheduling depositions and resolving discovery issues in this case
23 | during this period.

24 |     5.    The parties still anticipate appearing for the scheduled settlement conference on
25 | June 26, 2008 with Magistrate Judge Elizabeth LaPorte, as most of the discovery will have been

Case No. C06-02066 SI
Nakagawa v. UC Regents
Stipulation to Extend Discovery Cutoff

- 2 -

1  completed by then. The parties request that the succeeding dates from the Pre-Trial Preparation
2  Order be amended as follows:

3  | Event | Current Date | New Date |
|---|---|---|
| Dispositive Motions Filed | July 11, 2008 | August 11, 2008 |
| Opposition to Motions Due | July 25, 2008 | August 25, 2008 |
| Reply to Motions Due | August 1, 2008 | September 1, 2008 |
| Dispositive Motion Hearing Date | August 17, 2008 | September 17, 2008 |
| Pre-Trial Conference Date | September 23, 2008 | September 30, 2008 |

6. For the foregoing reasons, the parties hereto, by and through their undersigned counsel, declare, under penalty of perjury, that the foregoing statements are true and correct, and request the Court to extend the the discovery cutoff date by one month as set forth above.

Respectfully submitted,

LAW OFFICES OF NEVIN & ABSALOM

Dated: May __22___, 2008          By:_____/S/_____
                                      KENNETH C. ABSALOM
                                      Attorney for Plaintiffs

GORDON AND REES, LLP

                                            /S/
Dated: May __22____, 2008          By:_____
                                      MICHAEL A. LAURENSON
                                      Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: May_____, 2008_____
_____
_____          UNITED STATES DISTRICT JUDGE

---

Case No. C06-02066 SI
Nakagawa v. UC Regents
Stipulation to Extend Discovery Cutoff

- 3 -