IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NAKAGAWA, | No. C 06-02066 SI |
| Plaintiff, | **ORDER RE: DISCOVERY DISPUTE** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

Plaintiff Andrea Nakagawa has filed a motion to compel defendant to produce information and documents that plaintiff alleges were missing from defendant's production of third-party personnel files, which were produced in response to an order by this Court. Defendant has explained, to plaintiff and to the Court, that the documents and information plaintiff now seeks were not actually found in the personnel files at issue. Instead, defendant believes at least some of the information may be available elsewhere, and defendant has offered to produce the information and documents requested, to the extent that defendant can locate them. The Court therefore ORDERS defendant to search for and produce this information, as it has offered. Plaintiff's motion for sanctions is DENIED.

**IT IS SO ORDERED.**

Dated: June 30, 2008

SUSAN ILLSTON
United States District Judge