1   EDWARD J. NEVIN, Esq. (SBN 041226)
    KENNETH C. ABSALOM, Esq. (SBN 114607)
2   USHA VISWANATHAN, Esq. (SBN 188977)
    Law Offices of Nevin & Absalom
3   22 Battery Street, Suite 333
    San Francisco, California 94111
4   Telephone: (415) 392-5040
    Facsimile: (415) 392-3729
5
    Attorneys for Plaintiff
6   ANDREA NAKAGAWA

7   MICHAEL T. LUCEY, Esq. (SBN 99927)
    MICHAEL A. LAURENSON, Esq. (SBN 190023)
8   GORDON & REES LLP
    Embarcadero Center West
9   275 Battery Street, Suite 2000
    San Francisco, CA 94111
10  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
11
    Attorneys for Defendant
12  THE REGENTS OF THE UNIVERSITY
    OF CALIFORNIA
13

14

15              UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA

17

18  ANDREA NAKAGAWA,                    )  Case No.        C06-02066 SI
                                        )
19                  Plaintiff,          )  **STIPULATION AND PROPOSED
                                        )  ORDER FOR CONTINUANCE OF
20          vs.                         )  TRIAL DATE**
                                        )
21  THE REGENTS OF THE UNIVERSITY       )
    OF CALIFORNIA, et al.,              )
22                                      )
                    Defendants.         )
23  _____ )

24

25

26

27              Motion for Continuance
                Nakagawa v. UC Regents
28              Case No. C06-02066 SI
                           1

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 6-2, Plaintiff ANDREA NAKAGAWA and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA hereby stipulate and respectfully request that this Court continue the trial date, currently scheduled for October 6, 2008 in the above entitled action, to December 15, 2008.

**STIPULATION AND DECLARATION IN SUPPORT THEREOF TO CONTINUE THE TRIAL DATE**

This Stipulation and Request is based on the fact that, on August 29, 2008, at the hearing on the Motion for Summary Judgment, this Court advanced the trial date originally scheduled for October 14, 2008 to October 6, 2008. Immediately after the hearing, the parties checked with their witnesses and Plaintiff learned that one of her key witnesses, Julie Kolar, who was Human Resources Director at University Relations, is unavailable with plans to be out of state during the period October 6-17. The plans were specifically made with the former October 14 trial date in mind. The court also proposed September 29, 2008, as a possible new date for the trial. Plaintiff is available for that date but Defendant is not available for that date.

In light of Plaintiff's need for a continuance, Defendant requests that the trial date be moved so as to pose the minimum inconvenience to former Vice Chancellor Donald McQuade, who is no longer Vice Chancellor and now is a Professor of English. Professor McQuade is teaching two courses this semester two days a week and working on two book contracts. The semester ends December 9, 2008.

Accordingly, the parties request that the trial date be continued to December 15, 2008.

1   The parties further request that the Settlement Conference which has been scheduled with

2   Magistrate Chen for September 9, 2008, and the Pretrial Conference, which is set for September

3   30, 2008, remain the same.

4          For the foregoing reasons, the parties by and through their undersigned counsel, declare,

5

6   under penalty of perjury, that the foregoing statements are true and correct, and request the Court

7   to continue the trial date as set forth above.

8                                              Respectfully submitted,

9

10                                             LAW OFFICES OF NEVIN & ABSALOM

11  Dated:    September 3, 2008                 By:_____/S/_____
                                                    EDWARD J. NEVIN
12                                                  Attorney for Plaintiffs

13

14                                             GORDON AND REES, LLP

15

16                                                          /S/

17  Dated:    September 3, 2008                 By:_____
                                                    MICHAEL A. LAURENSON
18                                                  Attorneys for Defendants

19

20

21         **PURSUANT TO STIPULATION, IT IS SO ORDERED,**
        Trial to last no more than 6 court days.
22

23

24  Dated: September  , 2008

25                                             _____
                                               UNITED STATES DISTRICT JUDGE

26

27                                      Motion for Continuance
                                        Nakagawa v. UC Regents
28                                      Case No. C06-02066 SI
                                                 3